IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY JOHNSON, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>MERCK & CO., INC., et al., <br><br>　　　　Defendants. <br>_____/ | No. C-05-2881 MMC <br><br>**ORDER DIRECTING McKESSON DEFENDANTS TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On August 1, 2005, the McKesson defendants electronically filed an answer. Defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　McKesson defendants are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. The parties are hereby advised that if either party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions on the noncomplying party, including, but not

1  limited to, striking from the record any electronically-filed document of which a chambers
2  copy has not been timely provided to the Court.
3  **IT IS SO ORDERED.**
4  Dated: August 10, 2005

_____
MAXINE M. CHESNEY
United States District Judge